VICTOR R. SMITH, BURGESS SMITH, CARLTON Y. SMITH, T. M. FOSTER AND F. R. CARLTON, COPARTNERS, DOING BUSINESS AS THE FLORIDA SCHOOL BOOK DEPOSITORY, *Plaintiffs in Error,* v. BARNEY DILLARD AND D. H. HENLEY, LATE PARTNERS DOING BUSINESS AS DILLARD-HENLEY DRUG COMPANY, *Defendants in Error.*

Decision Filed October 3, 1923.

This case was decided by Division B.

A Writ of Error to the Circuit Court for Lake County; C. O. Andrews, Judge.

*Butler & Boyer,* for Plaintiffs in Error;

No appearance for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the plaintiffs in error, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.